THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>EDWARD ANDREW ARCAND III,<br><br>Defendant. | CR-16-77-GF-BMM<br><br><br>**ORDER** |

Defendant Edward Andrew Arcand III has moved for early termination of his current term of supervised release. (Doc. 45.) The Government does not oppose early termination of Arcand's supervised release. (*Id.* at 2.) The Court conducted a hearing on Arcand's motion on July 8, 2020. For the reasons below, the Court will grant Arcand's motion.

Arcand pleaded guilty to burglary, in violation of 18 U.S.C. § 1153(b) and Mont. Code Ann. § 45-6-204(1)(a). (Doc. 26.) The Court sentenced Arcand to 27 months imprisonment followed by two years of supervised release. (Doc. 33.) Arcand's supervised release commenced on October 2, 2018. Arcand has completed approximately 21 months of his term of supervised release. Supervision is scheduled to expire on October 2, 2020.

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such

action remains "warranted by the conduct of the defendant and the interests of justice." 18 U.S.C. § 3564(c) The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

United States Probation Officer Mike Chism currently supervises Arcand and does not oppose early termination of Arcand's supervised release. (Doc. 46 at 2.) The record reflects that Arcand has complied substantially with his supervision conditions. Arcand has demonstrated that he is able to conform his conduct to the law. Arcand has changed his lifestyle to address the Court's obligations. Arcand does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 45) is **GRANTED**.

DATED this 8th day of July, 2020.

_____
Brian Morris, Chief District Judge
United States District Court